UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAY COLE,<br><br>    Plaintiff,<br>v.<br><br>(1) AMERICO FINANCIAL LIFE AND ANNUITY;<br>(2) UNITED FIDELILTY LIFE INSURANCE COMPANY;<br>(3) STRONG FAMILY FINANCIAL, LLC; and<br>(4) JASON ROMERO,<br><br>    Defendants. | Case No.: 4:22-cv-00015-CVE-CDL |

## DISMISSAL WITHOUT PREJUDICE

**Comes Now** the Plaintiff, by and through counsel of record, Daniel Aizenman of the AIZENMAN LAW GROUP and dismisses all claims against all parties without prejudice to the re-filing thereof.

Respectfully submitted,

*/s/ Daniel Aizenman*

Daniel Aizenman, OBA No. 30971
AIZENMAN LAW GROUP
5800 E. Skelly Dr., Suite 575
Tulsa, OK 74135
P: 918-426-4878
F: 918-513-6080
dan@aizenmanlaw.com
***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served via ECF, email, and/or first-class mail on the 13th day of January 2022 to the following:

Robert E. Applegate
Lauren Armstrong
Aston, Mathis, Campbell, LLC
2642 East 21st Street, Suite 250
Tulsa, OK 74114
rapplegate@amlawok.com
larmstrong@amlawok.com
*Attorneys for Defendant*
*Strong Family Financial, LLC and*
*Jason Romero*

Caroline Lindemuth
Michael Gibbens
Timila Stacy Rother
Crowe & Dunlevy, P.C.
321 S. Boston Ave., Suite 500
Tulsa, OK 74103
Caroline.lindemuth@crowedunlevy.com
Mike.gibbens@crowedunlevy.com
rothert@crowedunlevy.com
*Attorneys for Defendants*
*Americo Financial Life and Annuity Insurance Company,*
*And United Fidelity Life Insurance Company*

_____
Dan Aizenman